ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED
2018 FEB 21 PM 2:14
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-18CR-095-L |
| ERIC PAUL BRADIX (1) | |

# INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about October 17, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Eric Paul Bradix**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Ruger, Model 95DC, 9x19 millimeter pistol, bearing serial number 313-92087.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Eric Paul Bradix**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) a Ruger, Model 95DC, 9x19 millimeter pistol, bearing serial number 313-92087; and

(2) any ammunition recovered with the weapon.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8617
Fax: 214.659.8805

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ERIC PAUL BRADIX

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this 21st day of February, 2018.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending